# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **XAVIER JORGE ESTRADA BENITEZ**

Debtor(s)

CASE NO: **16-00902-ESL**

Chapter 13

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$107.00**     Outstanding (Through the Plan): **$2,893.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

Debtor(s) Income is (are) ☐ Under   ☑ Above Median Income     Liquidation Value: $**$0.00**

Commitment Period is   ☐ 36 months   ☑ 60 months §1325(b)(1)(B)   General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Sep 06, 2016  (Dkt  27)    Plan Base: **$12,660.00**

The Trustee:   ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: **4 %**

The Trustee objects to confirmation for the following reasons:

*OTHER COMMENTS / OBJECTIONS

Debtor submitted evidence of being current with all three of his DSO accounts (two being paid via pay roll deductions and one directly to claimant) up until the month of August 2016.

## NOTICE

**14 day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: September 06, 2016

/s/ Nannette Godreau, Esq.

Last Docket Verified: 27  Last Claim Verified: 9-2 (8-2)  CMC: NM